Leah A. Martin, Esq.
Nevada Bar No. 7982
Christopher Huang, Esq.
Nevada Bar No. 14061
LEAH MARTIN LAW
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
chuang@leahmartinlv.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HILDA HERNANDEZ, an individual, | Case No.: 2:18-cv-00003-JAD-GWF |
| Plaintiff, | |
| vs. | ECF No. 21 |
| PROFESSIONAL COMMERCIAL & RESIDENTIAL CLEANING, LLC; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff HILDA HERNANDEZ ("Plaintiff"), by and through her attorney of record, LBC LAW GROUP, and Defendant PROFESSIONAL COMMERCIAL & RESIDENTIAL CLEANING, LLC ("PCRC"), by and through its attorney of record, LEAH MARTIN LAW, hereby stipulate to the following terms:

Plaintiff and PCRC have reached a confidential settlement agreement as a result of the Early Neutral Evaluation held on March 21, 2018 in front of the Honorable Judge Carl M. Hoffman. Plaintiff and PCRC have both signed the Settlement Agreement and Release. Plaintiff stipulates to dismiss her Complaint with prejudice filed against PCRC on January 2, 2018.

///

Accordingly, Plaintiff and PCRC hereby stipulate that each party is to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED,

Date:                                              Date:

LEAH MARTIN LAW                                    LBC LAW GROUP

*[signature]*                                      *[signature]*

LEAH MARTIN, ESQ.                                  JOHN C. COURTNEY, ESQ.
Nevada Bar 7982                                    Nevada Bar No. 11092
CHRISTOPHER HUANG, ESQ.                            JOSE E. VALENZUELA, III, ESQ.
Nevada Bar 14061                                   Nevada Bar No. 12510
3100 W. Sahara Ave., Ste. 202                      3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89119                            Las Vegas, NV 89102
*Attorneys for Defendant*                          *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 1, 2018